# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Arturo Buruato<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   5:22-MJ-503<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 09, 2022  in the county of  Webb  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | did knowingly escape from the custody of Dismas Charities of Laredo, an institutional facility in which Defendant was lawfully confined at the direction of the Attorney General by virtue of judgment and commitment of the U.S. District Court of the Southern District of Texas upon conviction for violation of the law, specifically Title 8, United States Code, Section 1324, to wit: did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

   See Attachment "A"

☑ Continued on the attached sheet.

/s/ Adan Camarillo
*Complainant's signature*

Adan Camarillo
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 41 and probable cause found:

Date:  03/18/2022

*Judge's signature*

City and state:  Laredo, Texas    U. S. Magistrate Judge Christopher dos Santos
*Printed name and title*

**Attachment "A" to Complaint**

1. On December 10, 2019, Arturo Buruato (hereinafter "BURUATO") was arrested in Laredo, Texas for conspiracy to transport an undocumented alien within the United States in violation Title 8, United States Code, Section 1324. BURUATO was subsequently indicted in case number 5:20-CR-16.

2. On November 17, 2020, United States District Court Judge Diana Saldana sentenced BURUATO in case number 5:20-CR-16 to a term of imprisonment of 33 months, followed by a three-year term of supervised release.

3. At the time of sentencing, BURUATO was also facing a supervised release revocation in case number 5:18-CR-45. For violating the conditions of his supervised release, BURUATO was sentenced to a term of imprisonment of 8 months, with 4 of those months to run consecutively to the sentence imposed in 5:20-CR-16, for a total of 37 months custody in the Bureau of Prisons, followed by a three-year term of supervised release.

4. On or about March 9, 2022, BURUATO was furloughed from the Federal Bureau of Prisons (BOP) Federal Correctional Institution (FCI) FCC Oakdale and ordered to Dismas Charities Inc. (DISMAS) in Laredo, Texas to carry out the remainder of his sentence. DISMAS is a BOP-contracted residential re-entry center (RRC) in the Southern Central Region. DISMAS provides assistance to inmates who are nearing release from BOP. DISMAS assists inmates in gradually rebuilding ties to the community and facilitates supervising ex-offender's activities during this readjustment phase. Authorization to leave the physical premises of the BOP RRC must be received by the inmate.

5. On Wednesday, March 9, 2022, BURUATO was scheduled to report to Dismas Charities Halfway House located at 6752 Gilbert Road, Laredo, Texas.  On March 09, 2022 at 7:00 p.m., BURUATO failed to report as instructed.

6. On Tuesday, March 15, 2022, the United States Marshal's Service received a Federal Bureau of Prisons "Notice of Escaped Federal Prisoner" escape notice concerning BURUATO.